UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  
Michael Arrington  
Debtor(s)

§ 09-33148-H4-
§
§
§

United States Bankruptcy Court
Southern District of Texas
FILED

APR 1 9 2010

David J. Bradley, Clerk of Court

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS AND CERTIFICATE OF SERVICE

1. I am making application to receive $1,437.83 deposited as unclaimed funds on behalf of Diselle Woodrupp Langlais and Charles Langlais.

2. Applicants are entitled to receive the requested funds, and I have made sufficient inquiry and have no knowledge that any other party may be entitled to, and am not aware of any dispute regarding the funds issued based upon the following:

☐ a. Applicant is the debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

XXX b. Applicant, Keys Research, is the Attorney-in-fact for the debtors named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney (Agent Authorization ) to file this application on behalf of the debtor.

☐ c. Applicant is the assignee or successor-in-interest of the debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if) a partnership) and a representative of the debtor named in paragraph 1.

XXX e. Applicant is the representative of the debtor named in paragraph 1, as evidenced by the attached appropriate documents substantiating applicant's right to act on behalf of the debtors. Keys Research is applying on behalf of Michael Arrington.

☐ f. None of the above apply. As evidenced by the attached documents, applicants is entitled to these unclaimed funds because:_____
_____
_____
_____

3. I understand that pursuant to 18 U.S.C. §152, I could be fined no more than $5,000 or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: April 15, 2010

_____
Charlene J. Keys dba Keys Research
Attorney-in-Fact
Keys Research
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

Subscribed and sworn before me this April 15, 2010.

_____
Notary Public
State of Washington, County of King

My commission expires   9/9/13

*********************************************************************************************

Attachments:  1. Agent Authorization
              2. Affidavit of Previous Address
              3. Copy of Picture ID and Social Security Number.

## Certificate of Service

I certify that on April 15, 2010, a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

_____
Charlene J. Keys

US Attorney
POB 61129
Houston TX 77208

US Trustee
515 Rusk Avenue #3516
Houston TX 77002

Other: _____
       _____
       _____

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: MICHAEL ARRINGTON | § § § | CASE NO: 09-33148-H4-3 |
| DEBTOR(S) | § § § | CHAPTER 13 |

**UNCLAIMED FUNDS**

**NAME & ADDRESS:**  **AMOUNT**

MICHAEL ARRINGTON
20610 PLAZA CIRCLE                             $1,437.83
CROSBY, TX  77532




**TOTAL FOR UNCLAIMED FUNDS**                  $1,437.83

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION DIVISION

| | | |
|---|---|---|
| IN RE: MICHAEL ARRINGTON | § § § § § | CASE NO: 09-33148-H4-3 |
| DEBTOR(S) | | CHAPTER 13 |

**MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY
PURSUANT TO 11 U.S.C. §347 (a)**

PURSUANT TO 11 U.S.C. §347 (a), David G. Peake, Chapter 13 Trustee respectfully reports that:

More than ninety (90) days has passed since the final distribution. Funds payable to the debtor listed on Exhibit "A" hereto remains unclaimed.

WHEREFORE PREMISES CONSIDERED, DAVID G. PEAKE, Chapter 13 Standing Trustee respectfully prays that this Court authorize the Trustee to deposit these funds into the registry of the United States District Court, and grant the Trustee such other and further relief as he may show himself or Debtor's Estate justly entitled.

Date: 1/21/2010

Respectfully Submitted,

/s/ David G. Peake

David G. Peake, Trustee
Admissions I.D. #3857
9660 Hillcroft, Ste 430
Houston, TX  77096
713-283-5400

## AGENT AUTHORIZATION

I, Michael Arrington, do hereby grant to Charlene J. Keys dba Keys Research, my true and lawful Agent for me and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the amount of $1,420.48 ONLY, less agreed upon fee, to the signatory below.**

I do hereby grant my Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

I do state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter, until revoked in writing, or until funds are collected. This duly executed authorization does hereby annul, cancel, revoke, and terminate all rights, powers, and authorities and privileges set forth in any previously signed Power Of Attorney.

Dated: 3/22/10        Signed: _____
                              Michael Arrington

*********************************************************************************

## NOTARY ACKNOWLEDGMENT

State of ____Texas____, County of ____Tyler____

ACKNOWLEDGED before me on this date  3-22-10 , by the Individual described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL

JIM MOORE
JUSTICE OF PEACE #4
EX-OFFICIO NOTARY
TYLER COUNTY, TEXAS
MY COMMISSION EXPIRES
DEC. 31, 2011

NOTARY PUBLIC
My commission expires Dec. 31, 2011

## AFFIDAVIT OF CLAIMANT'S PREVIOUS ADDRESS

BE IT ACKNOWLEDGED, that I, Michael Arrington, the undersigned deponent, belonging of legal age, do hereby depose and say under penalty of perjury as follows:

My current mailing address and phone number is 777 County Road 4628, Spurger TX 77660 and (409) 429-3096. Keys Research has made me aware of a Federal Trust Account owing to me in the amount of $1,437.83.

1. I did not receive a federal check in the amount of $1,437.83 that was mailed to the previous address of 20610 Plaza Circle, Crosby TX 77532.

2. I cannot provide proof of the previous mailing address as listed on the Trustee's Report because I did not retain records for this address. For this reason, it is overly burdensome, and may be impossible to provide documentation to verify the specific address of record.

3. I authorize Keys Research to act as my agent for the sole purpose of recovering and returning unclaimed Federal funds owing to me.

DATED: 3/27/10         BY: _____
                              Michael Arrington

*********************************************************************************************

### NOTARY ACKNOWLEDGMENT

State of __Texas__, County of __Tyler__

ACKNOWLEDGED before me on this date __3-22-10__, by the Individual(s) described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/~~her~~ free act and deed.

NOTARY SEAL

_____
Notary Public

My commission expires on __Dec 31, 2011__

JIM MOORE
JUSTICE OF PEACE #4
EX-OFFICIO NOTARY
TYLER COUNTY, TEXAS
MY COMMISSION EXPIRES
DEC. 31, 2011