

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON   DIVISION

**ENTERED**
**04/26/2010**

IN RE:                       §          Case No.   09-33148-H4-13

Michael Arrington

Debtor                    §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __34__) is denied for the following reason(s):

1. _____      Applicant's signature is not notarized.

2. _____      Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____      Application was not served on U.S. Attorney and U.S. Trustee.

4. _____      Proposed Order not filed by applicant.

5. __X__      Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____      Other:

Signed ___4-21-2010___

_____
United States Bankruptcy Judge